# EXHIBIT 1

PLD-PI-001

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Reuben Donig, Esq., SBN 065659<br>Law Office of Reuben J. Donig<br>177 Bovet Road, Suite 600<br>San Mateo, CA 94402<br>TELEPHONE NO: (650) 638-2336     FAX NO. *(Optional):* (650) 638-2536<br>E-MAIL ADDRESS *(Optional):* rjd@doniglaw.com<br>ATTORNEY FOR *(Name):* Plaintiff, Derek Haskins | FOR COURT USE ONLY<br>**FILED**<br>2021 JUL 28  A 8: 01<br>KATE BIEKER<br>CLERK OF THE SUPERIOR COURT<br>COUNTY OF CONTRA COSTA, CA<br>BY: D. WAGNER<br>D. WAGNER, DEPUTY CLERK |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Contra Costa
STREET ADDRESS: 725 Court Street
MAILING ADDRESS:
CITY AND ZIP CODE: Martinez, CA 94553
BRANCH NAME:

PLAINTIFF: Derek Haskins

DEFENDANT: 1-800-Pack-Rat, LLC

[✓] DOES 1 TO  20         , inclusive

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED *(Number):*
Type *(check all that apply):*
[ ] MOTOR VEHICLE    [✓] OTHER *(specify):*
　　[ ] Property Damage    [ ] Wrongful Death
　　[✓] Personal Injury    [ ] Other Damages *(specify):*

| Jurisdiction *(check all that apply):* | CASE NUMBER: |
|---|---|
| [ ] ACTION IS A LIMITED CIVIL CASE<br>Amount demanded [ ] does not exceed $10,000<br>　　　　　　　　　　 [ ] exceeds $10,000, but does not exceed $25,000<br>[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>　　[ ] from limited to unlimited<br>　　[ ] from unlimited to limited | **C 21-01557** |

1. **Plaintiff** *(name or names):*  Derek Haskins
   alleges causes of action against defendant *(name or names):*
   1-800-Pack-Rat, LLC; Does 1 through 20, Inclusive
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name):*
   　　(1) [ ] a corporation qualified to do business in California
   　　(2) [ ] an unincorporated entity *(describe):*
   　　(3) [ ] a public entity *(describe):*
   　　(4) [ ] a minor [ ] an adult
   　　　　(a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
   　　　　(b) [ ] other *(specify):*
   　　(5) [ ] other *(specify):*
   b. [ ] except plaintiff *(name):*
   　　(1) [ ] a corporation qualified to do business in California
   　　(2) [ ] an unincorporated entity *(describe):*
   　　(3) [ ] a public entity *(describe):*
   　　(4) [ ] a minor [ ] an adult
   　　　　(a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
   　　　　(b) [ ] other *(specify):*
   　　(5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

PER LOCAL RULE, THIS CASE IS ASSIGNED TO DEPT 21 FOR ALL PURPOSES.

SUMMONS ISSUED

SIGNATURE BY FAX

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Haskins v. 1-800-Pack-Rat, LLC | |

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ **except** defendant (name): 1-800-Pack-Rat, LLC   c. ☑ **except** defendant (name): Does 6-20
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   (1) ☑ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity (describe):

   (4) ☐ a public entity (describe):

   (5) ☐ other (specify):

   b. ☐ **except** defendant (name):                        d. ☐ **except** defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity (describe):

   (4) ☐ a public entity (describe):

   (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1 - 5 _____ were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 6-20 _____ are persons whose capacities are unknown to
      plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Haskins v. 1-800-Pack-Rat, LLC | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐ Motor Vehicle
   b. ☑ General Negligence
   c. ☐ Intentional Tort
   d. ☑ Products Liability
   e. ☐ Premises Liability
   f. ☐ Other *(specify):*

11. Plaintiff has suffered
   a. ☑ wage loss
   b. ☐ loss of use of property
   c. ☑ hospital and medical expenses
   d. ☑ general damage
   e. ☐ property damage
   f. ☑ loss of earning capacity
   g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☐ punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☑ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: July 26, 2021

Reuben J. Donig, Esq.
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Page 3 of 3

PLD-PI-001(2)

| SHORT TITLE: | . NUMBER: |
|---|---|
| Haskins v. 1-800-Pack-Rat, LLC | |

_____1_____  **CAUSE OF ACTION- General Negligence**   Page 4_____
(number)

ATTACHMENT TO [X] Complaint   ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:  Derek Haskins


alleges that defendant *(name)*: 1-800-Pack-Rat, LLC




[X] Does ___1___ to _20_____

was the legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*:  August 14, 2019
at *(place)*:   313 Mountain Ridge Drive, Danville, CA 94506

*(description of reasons for liability)* :

Pursuant to rental agreement, Defendants and each of them delivered and placed a storage unit on the driveway at the front of Plaintiff's residential address, known as 313 Mountain Ridge Drive, Danville, California 94506. The driveway had a slight slope, and Defendants negligently placed said unit on the slope with the door and latch on the uphill side, without first inspecting the unit and the door latch to ensure that it worked properly, and that the door could properly be opened from inside the unit.

At all relevant times, Defendants and each of them negligently failed to conduct an appropriate inspection/or failed to properly inspect the said storage unit to ensure that it was in good, safe, operating condition, free from any material defects, and in particular, from any material defects which could cause or constitute a safety hazard.

When the said storage unit was delivered and placed by Defendant's as above set forth, it was in a dangerous and defective condition in that the safety latch on the door was broken and did not operate from inside the storage unit. As a result, a person inside the storage unit with the door closed would be, and was, unable to open the door and leave the unit.

As a direct and proximate result of Defendants and each of them, Plaintiff was caused to become injured when he entered the unit, in a normal and foreseeable manner. Because the unit was placed on the sloped driveway with the door on the uphill side, the door swung closed and latched by itself after Plaintiff entered the unit, trapping him inside. Because the latch was defective, the door did not open from the inside. Plaintiff became trapped inside the pitch black unit for several hours, where temperatures rose to something in the range of 120 degrees F.

Had Defendants not been negligent, they would have been aware that the latch was defective and inoperable and would not have installed the storage unit in its broken, dangerous, and defective condition.

As a direct and proximate result of Defendants' negligence as set forth above, Plaintiff was caused to become ill, pass out and fall; striking his head and sustaining a concussion, as well as other physical and emotional injuries, all to his general and special damages in an amount according to proof.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CEB | Essential
ceb.com | Forms

**CAUSE OF ACTION- General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

HASKINS, DEREK

PLD-PI-001(5)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Haskins v. 1-800-Pack-Rat, LLC | |

_____2_____     CAUSE OF ACTION- Products Liability     Page 5_____
(number)

ATTACHMENT TO [X] Complaint  [ ] Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name)*:  Derek Haskins

Prod. L-1. On or about *(date)*: August 14, 2019     plaintiff was injured by the following product:
1-800-Pack-Rat storage unit with faulty safety release lever.

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects.  The
product was defective when it left the control of each defendant.  The product at the time of injury was
being
  [X] used in the manner intended by the defendants.
  [X] used in a manner that was reasonably foreseeable by defendants as involving a substantial danger not
  readily apparent. Adequate warnings of the danger were not given.

Prod. L-3.  Plaintiff was a
  [ ] purchaser of the product.                    [X] user of the product.
  [ ] bystander to the use of the product.      [X] other *(specify)*: Rented the product from
                                                        Defendants, 1-800-Pack-Rat,
PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:   LLC and Does 6-20.
Prod. L-4. [X] Count One-Strict liability of the following defendants who
  a. [X] manufactured or assembled the product  *(names)*:
      1-800-Pack-Rat, LLC

      [X] Does  6_____ to 9_____
  b. [X] designed and manufactured component parts supplied to the manufacturer  *(names)*:
      1-800-Pack-Rat, LLC

      [X] Does  10_____ to 13_____
  c. [X] rented the product to the public *(names)*:
      1-800-Pack-Rat, LLC

      [X] Does  14_____ to 17_____
Prod. L-5. [X] Count Two-Negligence of the following defendants who owed a duty to plaintiff  *(names)*:
      1-800-Pack-Rat, LLC

      [X] Does  1_____ to 3 and 6 to 10
Prod. L-6. [X] Count Three-Breach of warranty by the following defendants  *(names)*:
      1-800-Pack-Rat, LLC

      [X] Does  __6__ to 10_____
  a. [X] who breached an implied warranty
  b. [ ] who breached an express warranty which was
      [ ] written [ ] oral
Prod. L-7. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
      [ ] listed in Attachment-Prod. L-7 [ ] as follows:

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]
CEB Essential Forms
ceb.com

**CAUSE OF ACTION - Products Liability**

Code of Civil Procedure § 425.12
www.courtinfo.ca.gov

HASKINS, DEREK