UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK HASKINS, | Case No.  21-cv-09052-TLT |
| Plaintiff, | |
| v. | **ORDER OF CONDITIONAL DISMISSAL** |
| 1-800-PACK-RAT, LLC, | Re: Dkt. No. 28 |
| Defendant. | |

Plaintiff has filed a notice of settlement.  Dkt. No. 28.  Based upon this, this matter is **DISMISSED WITH PREJUDICE** and any hearings and deadlines in this mater are **VACATED**.

The parties retain the right to reopen this action within 45 days of this Order if the settlement is not consummated.  If any party certifies to the Court, with proper notice to all other parties, within 45 days of this Order, that the case should be reopened, this Order shall be vacated and this case shall be restored for further proceedings.

**IT IS SO ORDERED.**

Dated: October 25, 2022

TRINA L. THOMPSON
United States District Judge